UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
MARCIO RIBEIRO, DIEGO BATISTA-SANTOS,
GIANCARLO BATISTA-SANTOS, IVONALDO
BRITO ANDRADE and CLAUDIO RICARDO DA COSTA
MENEZES, on behalf of themselves and all others
similarly situated,

                              Plaintiff(s),

     -against-

EXCLUSIVE DETAILING, INC., MICHAEL AGOLIA,
LIZA AGOLIA and CARL DeALMEIDA,

                              Defendant(s)
----------------------------------------X

ORDER

Case No. CV-15-6834 (ADS)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 16 2018 ★
LONG ISLAND OFFICE

**SPATT, U.S.D.J.**

A Notice of non-activity having been sent to the plaintiff for on May 10, 2016 and plaintiff having failed to respond by March 9, 2018 informing the Court of a desire to prosecute this case,

**IT IS ORDERED**, that this case is dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b) and the Clerk of the Court is directed to close this case.

     SO ORDERED.

DATED:    Central Islip, New York
            March 16, 2018

                                      S/ Arthur D. Spatt
                                      ARTHUR D. SPATT, U.S.D.J.