UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MARCO RIBEIRO, DIEGO BATISTA-SANTOS,
GIANCARLO BATISTA-SANTOS, IVONALDO
BRITO ANDRADE and CLAUDIO RICARDO DA
COSTA MENEZES, on behalf of themselves and
all others similarly situated.

               Plaintiffs,

     - against -                      **JUDGMENT**
                                         CV 15-6834 (ADS)(ARL)

EXCLUSIVE DETAILING, INC., MICHAEL
AGOLIA, LIZA AGOLIA and CARL
DeALMEIDA,

               Defendant.
---------------------------------------------------------------X

      An Order of Honorable Arthur D. Spatt, United States District Judge, having been filed on March 16, 2018, dismissing this action pursuant to Rule 41(b) for failure to prosecute, and closing this case, it is

      **ORDERED AND ADJUDGED** that Plaintiffs Marco Ribeiro, Diego Batista-Santos, Giancarlo Batista-Sants, Ivonaldo Brito Andrade, and Claudio Ricardo Da Costa Menezes take nothing of Defendants Exclusive Detailing, Inc., Michael Agolia, Liza Agolia, and Car DeAlmeida; that this case is dismissed for failure to prosecute; and that this case is hereby closed.


Dated:  Central Islip, New York
          March 23, 2018

                                                             DOUGLAS C. PALMER
                                                             CLERK OF THE COURT

                                          By:    /s/ James J. Toritto
                                                    Deputy Clerk